# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW MEXICO

Before the Honorable STEPHAN M. VIDMAR

CRIMINAL CLERK'S MINUTES at Las Cruces

| Case Number: | **20-988 MJ** | Date: | **3/26/20** | Recording Information: | **LCR SIERRA BLANCA** |
|---|---|---|---|---|---|
| Clerk: | **REBECCA HELMICK** | Type of Hearing: | | **INITIAL APPEARANCE/RULE 32.1/ IDENTITY/DETENTION** | |

| Defendant(s): | Attorney(s): | Appt'd. | Ret'd. |
|---|---|---|---|
| **ISABEL GOMEZ PONCE** | **FPD STANDING IN-MEGHAN MCLOUGHLIN** | ☒ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |
|  |  | ☐ | ☐ |

| Assistant U.S. Attorney: | **TAYLOR HARTSTEIN** | Interpreter: | **JUAN RAMIREZ** |
|---|---|---|---|
| Pretrial Officer: | **LAURA GARIBAY** | Court in Session: | **8:44-8:46; 8:53-8:59 A.M.   6 MIN** |

- ☐ Agent sworn in open Court
- ☒ Court questions Defendant regarding his/her physical and mental condition, age, education
- ☒ Court advises Defendant(s) of possible penalties and all constitutional rights
- ☒ ORAL Motion for Detention Hearing by Government
- ☐ Court grants ☐ Government's ☐ Defense counsel's oral motion to continue detention hearing
- ☒ Waiver of Identity/Detention Hearing
- ☐ Defendant admitted violation; Matter referred to the District Judge For a Disposition Hearing
- ☐ Set for show cause/detention on 3/31/2020 at 9:30 A.M.

- ☒ Defendant in custody
- ☐ Conditions of Release continued on Page 2

- ☒ Other: DEFENDANT TO BE TRANSPORTED TO CHARGING DISTRICT AS SOON AS POSSIBLE